**06 CV 7603**

JUDGE MARRERO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

THE UNITED STATES LIFE INSURANCE COMPANY :
IN THE CITY OF NEW YORK,

      Plaintiff,

      -against-   :   **RULE 7.1 STATEMENT**

LEO WILSON; VICTORIA WILSON, a minor; NATHAN
SMITH; NATHAN JIMMIE SMITH, a minor; DERRICK :
JACKSON; ASHLEY JACKSON, a minor,

      Defendants.   :

------------------------------------------------------------------- x



RECEIVED SEP 21 2006 CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant United States Life Insurance Company in the City of New York certifies the following:

The United States Life Insurance Company in the City of New York is an indirect, wholly owned subsidiary of American International Group, Inc., a publicly traded corporation. The United States Life Insurance Company in the City of New York is owned by AIG American General, Inc. AIG American General, Inc. is owned by American International Group, Inc.

Dated:    White Plains, New York
           September 19, 2006

                                        THE UNITED STATES LIFE INSURANCE
                                        COMPANY IN THE CITY OF NEW YORK

                                        By: _____
                                        Fred Knopf (FNK 4625)
                                        Emily A. Hayes (EH 5243)
                                        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP
                                        3 Gannett Drive
                                        White Plains, NY 10604
                                        Telephone: (914) 323-7000
                                        Facsimile: (914) 323-7001

1259865.1