```
USDS SDNY                    MAKEROS
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
THE UNITED STATES LIFE INSURANCE COMPANY :
IN THE CITY OF NEW YORK,
                                                       : 06 Civ. 7603 (VM)

    Plaintiff,

                                                       : **NOTICE OF**
   -against-                                              : **DISCONTINUANCE**

LEO WILSON; VICTORIA WILSON, a minor; NATHAN
SMITH; NATHAN JIMMIE SMITH, a minor; DERRICK :
JACKSON; ASHLEY JACKSON, a minor,

    Defendants.
-------------------------------------------------------------------- x

       The undersigned hereby stipulates that the action on behalf of The United States Life Insurance Company of the City of New York against Leo Wilson and Victoria Wilson, a minor, is discontinued.

Dated:    White Plains, New York
             December 11, 2006

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By: _____
                                  Emily A. Hayes
                                  Attorneys for The United States Life
                                  Insurance Company in the City of New
                                  York
                                  3 Gannett Drive
                                  White Plains, New York 10604
                                  (914) 323-7000

So Ordered: 12 December 2006

_____
USDJ

1336004.1