## AFFIDAVIT OF SERVICE

CASE NUMBER: 06CV7603   DOCKET NUMBER: 06F1020467   DEPUTY: 655
TITLE: THE UNITED STATES LIFE INSURANCE VS WILSON
CASE DATE: 09/21/06   EXPIRES: 10/18/06   TIME: 13:49
DEFENDANT:
NAME:   WILSON   LEO                    ADDRESS: 2307   GLEN FLORA AVENUE
                                                  WAUKEGAN

---

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 10-16-06            TIME SERVED: 7:34 (AM)/PM

____ PERSONAL SERVICE

_X_  SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF
     ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE
     AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF
     THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A
     COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID,
     ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: VICTORIA WILSON          RELATION: PER NIECE
____ SERVICE ON: CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
     LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___ ,
     AUTHORIZED PERSON ___ , PARTNER ___ , OR OTHER ___ .

NAME: _____
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____   CITY-STATE-ZIP: _____

PERSONAL INFORMATION:  SEX: F      RACE: B      AGE: 16      EYES:
HAIR:       HEIGHT:       WEIGHT:       EMPLOYER:

---

NOT SERVED:   DATE ___/___/___

____ 02  RETURNED NOT FOUND MOVED      ____ 07  RNF NEVER HOME
____ 03  RNF NOT AT GIVEN ADDRESS      ____ 08  RNF DEFENDANT DECEASED
____ 04  RNF NO LONGER EMPLOYED        ____ 09  RNF OTHER
____ 05  RNF REFUSED TO OPEN DOOR      ____ 10  ACTION SCHEDULED
____ 06  RNF COURT DATE RAN OUT        ____     OTHER

---

ATTEMPTS:
1) DATE: 10/13/06    TIME: 8:28A    NOTES: N/A
2) DATE: _____     TIME: _____  NOTES: _____
3) DATE: _____     TIME: _____  NOTES: _____
4) DATE: _____     TIME: _____  NOTES: _____

---

COMMENTS:

                                              GARY DEL RE
                                              SHERIFF OF LAKE COUNTY

                                              BY DEPUTY: Dep. 21 Joy #655

---

NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES:

## AFFIDAVIT OF SERVICE

CASE NUMBER: 06CV7603   DOCKET NUMBER: 06F1020467   DEPUTY: 4635
TITLE: THE UNITED STATES LIFE INSURANCE VS WILSON
CASE DATE: 09/21/06   EXPIRES: 10/18/06   TIME: 13:49
DEFENDANT:
NAME:   WILSON   VICTORIA         ADDRESS: 2307   GLEN FLORA AVENUE
                                           WAUKEGAN

------------------------------------------------------------------------

SERVICE INFORMATION: I CERTIFY THAT I SERVED THIS SUMMONS AND COMPLAINT ON THE DEFENDANT AS FOLLOWS:
DATE SERVED: 10-16-06       TIME SERVED: 7:34 (AM)/PM

__X__ PERSONAL SERVICE

_____ SUBSTITUTED SERVICE: BY LEAVING A COPY AT THE DEFENDANTS USUAL PLACE OF
      ABODE, WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE
      AGE OF 13 YRS. OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS OF
      THE SUMMONS AND COMPLAINT, I, OR SOME OTHER AUTHORIZED PERSON, SENT A
      COPY OF THE SUMMONS IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID,
      ADDRESSED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE.

NAME: _____   RELATION: _____
_____ SERVICE ON: CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
      LEFT A COPY OF THE SUMMONS AND COMPLAINT WITH A REGISTERED AGENT ___,
      AUTHORIZED PERSON _____, PARTNER _____, OR OTHER _____.

NAME: _____
ADDRESS SERVED (IF DIFFERENT THAN ABOVE):

STREET: _____   CITY-STATE-ZIP: _____

PERSONAL INFORMATION: SEX: F    RACE: B    AGE: 16    EYES:
HAIR:      HEIGHT:    WEIGHT:    EMPLOYER:

------------------------------------------------------------------------

NOT SERVED:   DATE ___/___/___

_____ 02 RETURNED NOT FOUND MOVED    _____ 07 RNF NEVER HOME
_____ 03 RNF NOT AT GIVEN ADDRESS    _____ 08 RNF DEFENDANT DECEASED
_____ 04 RNF NO LONGER EMPLOYED      _____ 09 RNF OTHER
_____ 05 RNF REFUSED TO OPEN DOOR    _____ 10 ACTION SCHEDULED
_____ 06 RNF COURT DATE RAN OUT      _____ __ OTHER

------------------------------------------------------------------------

ATTEMPTS:
1) DATE: _____  TIME: _____  NOTES: _____
2) DATE: _____  TIME: _____  NOTES: _____
3) DATE: _____  TIME: _____  NOTES: _____
4) DATE: _____  TIME: _____  NOTES: _____

------------------------------------------------------------------------

COMMENTS:

                                          GARY DEL RE
                                          SHERIFF OF LAKE COUNTY

                                          BY DEPUTY: Dep. G Joy 4635

------------------------------
NOTARY PUBLIC, LAKE COUNTY, ILLINOIS
MY COMMISSION EXPIRES:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK _____ Index No. 06 CV 7603

THE UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK                                        Plaintiff(s)

                                  - against-                                                    **AFFIDAVIT OF SERVICE**

LEO WILSON, VICTORIA WILSON, a minor, NATHAN SMITH,
NATHAN JIMMIE SMITH, a minor, DERRICK JACKSON,
ASHLEY JACKSON, a minor
                                                                            Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS          Ss:
DAVID RAMOSA                      BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on NOVEMBER 14, 2006 AT 9:20 AM AT 137-50 234TH STREET, ROSEDALE, NY 11422
deponent served the within Summons & Interpleader Complaint & Rule 7.1 Statement & Judges Rules       on
ASHLEY JACKSON, a minor                                                                   therein named,

**INDIVIDUAL**      by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person
**A** ____          therein.                           ____ (S) He identified (her) himself as such.

**CORPORATION**  a (domestic) (foreign) corporation by delivering thereat a true copy of each to
**B** ____          personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said
                    individual to be                                               thereof

**SUITABLE
AGE PERSON**  by delivering thereat a true copy of each to **DERRICK JACKSON**
**C   X**           a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode)
                    within the state.       **X**     (S) He identified (her) himself as **FATHER**      of recipient

**AFFIXING TO**   by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place
**DOOR ETC.**     of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat,
**D** ____          having called there on the dates below:

**MAILING**       Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient
**USE WITH**        at                                   and deposited
**C or D**
                    said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service
                    within New York State

                    Deponent further states that he describes the person actually served as follows
                    Sex         Skin Color       Hair Color       Age (Approx.)       Height (Approx.)       Weight (Approx.)
                    MALE        BLACK            BLACK            35-45               6'0-6'2                200-220

**MILITARY**     Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or
**SERVICE**       dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon
                  information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the
                  military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New
                  York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

                  That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described
                  as the defendant(s) in this action.

**USE IN**        The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons(es).
**NYC CIVIL CT**

Sworn to before
 me on the 14TH DAY OF NOVEMBER, 2006       MICHAEL SMITH                           DAVID RAMOSA
                                                 Notary Public State of New York         LICENSE No. 1015560
                                                 No.01SM4987428
                                                 Qualified in New York County
                                                 Commission Expires July 19, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    Index No. 06 CV 7603

THE UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK                              Plaintiff(s)

                        - against-                                                              **AFFIDAVIT OF SERVICE**

LEO WILSON, VICTORIA WILSON, a minor, NATHAN SMITH,
NATHAN JIMMIE SMITH, a minor, DERRICK JACKSON,
ASHLEY JACKSON, a minor
                                                                        Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS       Ss:
DAVID RAMOSA                                BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY
TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on NOVEMBER 14, 2006 AT 9:20 AM AT 137-50 234TH STREET, ROSEDALE, NY 11422
deponent served the within Summons & Interpleader Complaint & Rule 7.1 Statement & Judges Rules            on
DERRICK JACKSON                                                                                  therein named,

**INDIVIDUAL**   by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person
A  X            therein.                        X  (S) He identified (her) himself as such.

**CORPORATION** a (domestic) (foreign) corporation by delivering thereat a true copy of each to
B               personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said
                individual to be                                             thereof

**SUITABLE
AGE PERSON**    by delivering thereat a true copy of each to
C               a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode)
                within the state.            (S) He identified (her) himself as            of recipient

**AFFIXING TO** by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place
**DOOR ETC.**   of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat,
D               having called there on the dates below:

**MAILING**     Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient
**USE WITH**    at                             and deposited
C or D
                said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service
                within New York State

Deponent further states that he describes the person actually served as follows
Sex      Skin Color    Hair Color    Age (Approx.)   Height (Approx.)    Weight (Approx.)
MALE     BLACK         BLACK         35-45           6'0-6'2             200-220

**MILITARY**    Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or
**SERVICE**     dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon
                information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the
                military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New
                York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

                That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described
                as the defendant(s) in this action.

**USE IN**      The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons(es).
**NYC CIVIL CT**

Sworn to before
me on the 14TH DAY OF NOVEMBER, 2006    MICHAEL SMITH                     DAVID RAMOSA
                                              Notary Public, State of New York   LICENSE No. 1015560
                                              No. 01SM4997428
                                              Qualified in New York County
                                              Commission Expires July 19, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    Index No. 06 CV 7603

THE UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK                           Plaintiff(s)

                                                                 **AFFIDAVIT OF SERVICE**

- against -

LEO WILSON, VICTORIA WILSON, a minor, NATHAN SMITH,
NATHAN JIMMIE SMITH, a minor, DERRICK JACKSON,
ASHLEY JACKSON, a minor
                                                  Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS        Ss:
DAVID RAMOSA                  BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY
TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on OCTOBER 19, 2006 AT 4:19 PM AT 63 WEST 184TH STREET, APT 3, BRONX, NY 10468
deponent served the within Summons & Interpleader Complaint & Rule 7.1 Statement & Judges Rules       on
NATHAN JIMMIE SMITH, a minor                                              therein named,

**INDIVIDUAL A** ___ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ___ (S) He identified (her) himself as such.

**CORPORATION B** ___ a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be                                              thereof

**SUITABLE AGE PERSON C** _X_ by delivering thereat a true copy of each to **ELLEN SMITH** a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state.  _X_ (S) He identified (her) himself as **GRAND MOTHER** of recipient

**AFFIXING TO DOOR ETC. D** ___ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient at                                and deposited
said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State

Deponent further states that he describes the person actually served as follows
| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 60-70 | 5'2-5'5 | 125-135 |

**MILITARY SERVICE** Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT** The language required by NYCRR 2900.2(e). (f) & (h) was set forth on the face of said summons(es).

Sworn to before
me on the 20TH DAY OF OCTOBER, 2006        MICHAEL SMITH
                                                Notary Public, State of New York
                                                No.01SM4997420
                                                Qualified in New York County
                                                Commission Expires July 19, 2008

                                                                            DAVID RAMOSA
                                                                            LICENSE No. 1015560

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    Index No. 06 CV 7603

THE UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK                            Plaintiff(s)

- against -                                                      **AFFIDAVIT OF SERVICE**

LEO WILSON, VICTORIA WILSON, a minor, NATHAN SMITH,
NATHAN JIMMIE SMITH, a minor, DERRICK JACKSON,
ASHLEY JACKSON, a minor
                                                   Defendant(s)

STATE OF NEW YORK: COUNTY OF KINGS          Ss:
DAVID RAMOSA                BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY
TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on OCTOBER 19, 2006 AT 4:19 PM AT 63 WEST 184TH STREET, APT 3, BRONX, NY 10468
deponent served the within Summons & Interpleader Complaint & Rule 7.1 Statement & Judges Rules   on
NATHAN SMITH                                                              therein named,

**INDIVIDUAL A** ___ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. ___ (S) He identified (her) himself as such.

**CORPORATION B** ___ a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be                                 thereof

**SUITABLE AGE PERSON C** _X_ by delivering thereat a true copy of each to **ELLEN SMITH** a person of suitable age and discretion. Said premises is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state.  _X_ (S) He identified (her) himself as **MOTHER** of recipient

**AFFIXING TO DOOR ETC. D** ___ by affixing a true copy of each to the door of said premises, which is recipient's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D** ___ Deponent also enclosed a copy of same in postpaid sealed wrapper properly addressed to the above recipient at                            and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 60-70 | 5'2-5'5 | 125-135 |

**MILITARY SERVICE** Above person has asked, whether the recipient (s) was (were) in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that recipient (s) is (are) not in the military service of the State of New York or the United States or dependent on someone who is in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant(s) in this action.

**USE IN NYC CIVIL CT** The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

Sworn to before
me on the 20TH DAY OF OCTOBER, 2006

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Commission Expires July 19, 2008

DAVID RAMOSA
LICENSE No. 1015560