```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE UNITED STATES LIFE INSURANCE    :
COMPANY IN THE NEW YORK CITY,       :
                                    :   06 Civ. 7603 (VM)
              Plaintiff,            :
                                    :
    - against -                     :   ORDER
                                    :
LEO WILSON et al.,                  :
                                    :
              Defendants.           :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-07

A review of the Docket Sheet for this action indicates that although the complaint was filed on September 21, 2006, to date no service of process has been on any defendant. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to advise the Court of its contemplation with regard to further proceedings in this action, or to complete service of process on defendants by March 12, 2007, or show cause why such service has not been made to date and cannot be completed by the date indicated. In the event no timely response to this Order is made the Court may dismiss the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:   New York, New York
         1 March 2007

                                        _____
                                        VÍCTOR MARRERO
                                             U.S.D.J.