# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

March 6, 2007

**BY FACSIMILE (212) 805-6382**
**AND REGULAR MAIL**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-07
```

Re: *United States Life Insurance Company in the City of New York v. Wilson, et. al.*, 06 Civ. 7603 (VM)
Our File No.: 07478.00123

Dear Judge Marrero,

We represent plaintiff The United States Life Insurance Company in the City of New York ("United States Life") in the above-referenced interpleader action. We write in response to your Order, dated March 1, 2007, in which you directed plaintiff to advise the Court of its contemplation with regard to further proceedings in this action.

This is an interpleader action involving the proceeds of a life-insurance policy insuring the life of Victor Wilson. A settlement agreement was reached on or about July 27, 2005, directing the disbursement of the funds among Mr. Wilson's children. However, because three of the beneficiaries are minors, United States Life was unable to disburse funds to them in the absence of appropriate documentation, including proof of guardianship over the minors' property. When such documentation was not provided, United States Life filed this action seeking a court order directing the disbursement of the funds. The defendants are the three minors, Victoria Wilson, Nathan Jimmie Smith, and Ashley Jackson, and their putative guardians, Leo Wilson, Nathan Smith, and Derrick Jackson, respectively.

All defendants in this matter have been properly served. On receipt of your Order, we filed affidavits of service for each of the defendants, including two defendants, Leo Wilson and Victoria Wilson (a minor), against whom this action has been discontinued. United States Life filed the Notice of Discontinuance on December 12, 2006, with respect to Leo and Victoria Wilson because, following the filing of this action, they were able to provide United States Life with a certified copy of the Letters of Office and accompanying court order establishing

1496332.1

Honorable Victor Marrero
United States District Judge

March 6, 2007
Page 2

guardianship by Leo Wilson over Victoria Wilson's property. On the basis of this documentation, United States Life was able to safely pay out its admitted liability directly to the bank account referenced in the guardianship order.

To our knowledge, Mr. Matthew T. Worner, Esq. has generously undertaken pro-bono representation of the remaining defendants in this action and is in the process of obtaining similar proof of guardianship in Bronx and Queens Counties. Once sufficient proof of guardianship and receiving bank-account information has been established with respect to the remaining defendants, it is our intention to file further Notices of Discontinuance. In the alternative, the remaining defendants may appear in this action and seek a court order directing disbursement of the funds. Failing that, United States Life will seek a judgment of default against them.

Thank you for your attention to this matter.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Matthew D. Donovan

MDD/if

Cc: Matthew T. Worner, Esq.
Law Office of Matthew T. Warner
90 Bryant Avenue
White Plains, NY 10605
(914) 949-3567 (fax)

> The Court acknowledges the timely response to its Order dated 3-1-07 requesting this status report. Plaintiff is directed to update this report within 30 days, indicating whether the matter has been resolved as to the remaining
> SO ORDERED: defendants, or whether a default judgment will be sought as to them.
> 3-6-07
> DATE    VICTOR MARRERO, U.S.D.J.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1496332.1