UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x
THE UNITED STATES LIFE INSURANCE COMPANY  :
IN THE CITY OF NEW YORK,

                                         :        06 Civ. 7603 (VM)

        Plaintiff,

                                         :        **Notice of Appearance**

   -against-

                                         :

LEO WILSON; VICTORIA WILSON, a minor; NATHAN
SMITH; NATHAN JIMMIE SMITH, a minor; DERRICK  :
JACKSON; ASHLEY JACKSON, a minor,

                                         :

        Defendants.

                                         :
----------------------------------------------------------------------- x

       PLEASE TAKE NOTICE that Plaintiff/Stakeholder, The United States Life Insurance

Company in the City of New York ("United States Life"), hereby appear in the above-captioned

action by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and

demand that all pleadings, notices, motions, and legal documents served in connection with this

action be served upon counsel.

Dated  :      White Plains, New York
              May 7, 2007

                             THE UNITED STATES LIFE INSURANCE
                             COMPANY IN THE CITY OF NEW YORK

                           By:   s/Matthew D. Donovan

                                   Fred Knopf  (FNK 4625)
                                   Matthew D. Donovan (MD 2940)
                                   WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP
                                   3 Gannett Drive
                                   White Plains, NY 10604
                                   Telephone:  (914) 323-7000
                                   Facsimile: (914) 323-7001
                                   Our File No. 07478.00123

1555070.1