UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
THE UNITED STATES LIFE INSURANCE COMPANY :
IN THE CITY OF NEW YORK,

                                                                   :     06 Civ. 7603 (VM)

      Plaintiff,

                                                  :     **NOTICE OF**
-against-                                                  **DISCONTINUANCE**

LEO WILSON; VICTORIA WILSON, a minor; NATHAN
SMITH; NATHAN JIMMIE SMITH, a minor; DERRICK :
JACKSON; ASHLEY JACKSON, a minor,

      Defendants.
------------------------------------------------------------------- x

      The undersigned hereby stipulates that the action on behalf of The United States Life Insurance Company of the City of New York against Nathan Smith and Nathan Jimmie Smith, a minor, is discontinued.

Dated:    White Plains, New York
             August 14, 2007

                           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                           By: _____
                               Matthew D. Donovan
                               *Attorneys for United States Life Insurance*
                               *Company in the City of New York*
                               3 Gannett Drive
                               White Plains, New York 10604
                               (914) 323-7000

So Ordered:

_____

1618973.1