```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE UNITED STATES LIFE INSURANCE         :
COMPANY IN THE CITY OF NEW YORK,         :
                                         :
                         Plaintiff,      :   06 Civ. 7603 (VM)
                                         :
     - against -                         :
                                         :
LEO WILSON, et al.,                      :
                         Defendants.     :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since June 11, 2007. At that time the Court granted a request by interpleader defendant Derrick Jackson for an extension of time to answer until July 11, 2007. The Court has no record that an answer has been filed by any defendant. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by September 25, 2007 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          21 September 2007

                                          /s/ Victor Marrero
                                          _____
                                               Victor Marrero
                                                  U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-07