UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK

                Plaintiff

   -against-

LEO WILSON; VICTORIA WILSON, a minor; NATHAN
SMITH; NATHAN JIMMIE SMITH, a minor; DERRICK
JACKSON; ASHLEY JACKSON, a minor,

                Defendants
-------------------------------------------------------------------X

Index No. 06 Civ. 7603
(VM)

## NOTICE OF CHANGE OF ADDRESS

**To:**    Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for: MATTHEW D. DONOVAN

☒ *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
           MD 2940

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒ *Law Firm/Government Agency*

    From:   America Press, Inc.

    To:      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

    ☒    I will continue to be counsel of record on the above entitled case at my new firm/agency

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒  *Address:*              3 Gannett Drive, White Plains, New York 10604
☒  *Telephone Number:*  914-323-7000, Ext. 4428
☒  *Fax Number:*       914-323-7001
☒  *E-Mail Address:*    matthew.donovan@wilsonelser.com

Dated: 9-24-07                   _____

1697954.1