MARRERO, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
THE UNITED STATES LIFE INSURANCE COMPANY :
IN THE CITY OF NEW YORK,
                                                                    :     06 Civ. 7603 (VM)

        Plaintiff,

                                    :     **NOTICE OF**
    -against-                                        **DISCONTINUANCE**

LEO WILSON; VICTORIA WILSON, a minor; NATHAN
SMITH; NATHAN JIMMIE SMITH, a minor; DERRICK :
JACKSON; ASHLEY JACKSON, a minor,

        Defendants.
------------------------------------------------------------------ x

        The undersigned hereby stipulates that the action on behalf of The United States Life Insurance Company of the City of New York against Nathan Smith and Nathan Jimmie Smith, a minor, is discontinued.

Dated:    White Plains, New York
               August 14, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Matthew D. Donovan
*Attorneys for United States Life Insurance Company in the City of New York*
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-07

So Ordered: 24 September 2007

_____
Victor Marrero

1618973.1