# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

September 24, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-25-07
```

**BY FACSIMILE (212) 805-6382
AND REGULAR MAIL**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

Re:   *United States Life Insurance Company in the City of New York v. Wilson, et. al.*, 06 Civ. 7603 (VM)
Our File No.: 07478.00123

Dear Judge Marrero,

We represent plaintiff The United States Life Insurance Company in the City of New York ("US Life") in the above-referenced interpleader action. We write in response to your Order, dated September 21, 2007, in which you directed plaintiff to advise the Court of the status of this matter and whether any further litigation with respect to the action is contemplated.

By way of providing some brief background, this is an interpleader action involving the proceeds of a life-insurance policy insuring the life of Victor Wilson. Under a settlement agreement, reached on or about July 27, 2005, US Life was to disburse the proceeds of the subject policy among Mr. Wilson's children. Three of the beneficiaries are minors, however, and US Life was unable to disburse their portion of the proceeds without appropriate documentation, including proof of guardianship over the minors' property. Because US Life did not receive this documentation, it filed this action against Victoria Wilson, Nathan Jimmie Smith, and Ashley Jackson (and their putative guardians, Leo Wilson, Nathan Smith, and Derrick Jackson), seeking an order directing disbursement of the proceeds to the minor beneficiaries.

All defendants were properly served, and US Life has filed affidavits of service for each of them. US Life has also filed Notices of Discontinuance with respect to Leo and Victoria Wilson, as well as Nathan and Nathan Jimmie Smith, because they have been able to provide US Life with the appropriate guardian documentation, and US Life has been able to safely pay out its admitted liability with respect to each of them. To date, defendants Derrick and Ashley Jackson have failed to provide appropriate documentation.

1697686.1

Honorable Victor Marrero
United States District Judge

September 24, 2007
Page 2

 

To our knowledge, Matthew T. Worner, Esq. is no longer representing defendants Derrick and Ashley Jackson in this action. As you know, the Court granted Mr. Jackson an extension of time to submit an answer to the complaint, but he has failed to do so. Although US Life recognizes Mr. Jackson's status as a pro se litigant, and although the interests of the parties in paying out the proceeds are similarly aligned, US Life believes that it has made a more-than-sufficient good-faith effort in resolving this matter without further litigation and believes that it has no choice but to apply for a default judgment against Mr. Jackson.

Therefore, US Life hereby states its intention to apply for a default judgment against defendants Derrick Jackson and Ashley Jackson (a minor), with the Court's permission, in 30 days from the date of this letter.

Thank you for your attention to this matter.

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Matthew D. Donovan

MDD/sr

ccs: Matthew T. Worner, Esq.
Law Office of Matthew T. Warner
90 Bryant Avenue
White Plains, NY 10605

Derrick Jackson
137-50 234th Street
Rosedale, NY 11422

> Request GRANTED. Plaintiff is authorized to proceed with an application for entry of a default judgment against defendants Derrick and Ashley Jackson herein.
>
> SO ORDERED:
>
> 9-25-07
> DATE — VICTOR MARRERO, U.S.D.J.