# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

November 9, 2007

**BY FACSIMILE  (212) 805-6382**
**AND REGULAR MAIL**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-07

Re:   *United States Life Insurance Company in the City of New York v.*
      *Wilson, et. al.*, 06 Civ. 7603 (VM)
      Our File No.:  07478.00123

Dear Judge Marrero,

As you know, we represent plaintiff United States Life Insurance Company in the City of New York ("US Life") in the above-referenced interpleader action. We write to follow up on our letter to the Court of September 24, 2007, in which we indicated that given defendant Derrick Jackson's apparent unwillingness to answer our complaint or apply for guardianship over his daughter's property, we would be moving for default against him in 30 days.

As our 30-day deadline approached, Mr. Jackson contacted us and indicated that he was willing to pursue a guardianship petition with the Queens County Surrogate's Court. In telephone conversations with him, he has assured us that the process is underway and has sent me a letter confirming that fact. We have attached the letter for your review.

As a reminder, US Life has filed Notices of Discontinuance with respect to defendants Leo and Victoria Wilson, as well as defendants Nathan and Nathan Jimmie Smith, because they have been able to provide US Life with the appropriate guardian documentation, and US Life has been able to safely attend to its payment obligation with respect to each of them. We are now hopeful that we can accomplish the same end with respect to the Jackson defendants.

Because we believe that it is in everyone's interest to avoid further litigation of this matter, and without waiving any rights to move at a later date, US Life wishes to withdraw its intention to apply for a default judgment against the Jackson defendants, pending Mr. Jackson's petition for guardianship over his daughter's property.

1738707.1

Honorable Victor Marrero
United States District Judge

September 24, 2007
Page 2


            Thank you for your attention to this matter.

                              Respectfully,

               WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                              Matthew D. Donovan


        MDD/sr


        cc:     Derrick Jackson
                137-50 234th Street
                Rosedale, NY 11422


The Clerk of Court is directed to
place this case on the Court's Suspense
Docket pending the defendants'
guardianship proceeding referred
to in this letter.

SO ORDERED:

11-9-07
DATE        VICTOR MARRERO, U.S.D.J.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

1738707.1