```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
THE UNITED STATES LIFE INSURANCE       :
COMPANY IN THE CITY OF NEW YORK,       :
                                       :
                    Plaintiff,         :   06 Civ. 7603 (VM)
                                       :
        - against -                    :   ORDER
                                       :
LEO WILSON, et al.,                    :
                    Defendants.        :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since November 9, 2007. At that time plaintiff informed the Court that it would move within 30 days of that date for entry of a default judgment against defendant Derrick Jackson. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to inform the Court by December 17, 2007 of the status of the matter and whether any further litigation with respect to the action is contemplated. In the event the Court receives no response to this Order by the date indicated the case may be dismissed for lack of prosecution.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         13 December 2007

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07