# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407

Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

December 17, 2007

**BY FACSIMILE   (212) 805-6382**
**AND REGULAR MAIL**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12-19-07

Re:   *United States Life Insurance Company in the City of New York v.*
*Wilson, et. al.,* 06 Civ. 7603 (VM)
Our File No.:  07478.00123

Dear Judge Marrero,

We represent plaintiff United States Life Insurance Company in the City of New York ("US Life") in the above-referenced interpleader action. We write in response to your Order, dated December 13, 2007, in which you directed plaintiff to advise the Court of the status of this matter and whether any further litigation with respect to the action is contemplated.

We note that in our most recent letter to the Court, dated November 9, 2007, US Life "withdr[e]w its intention to apply for a default judgment against the Jackson defendants, pending Mr. Jackson's petition for guardianship over his daughter's property" because Mr. Jackson had assured us by letter (included in our November 9 letter to the Court) that his guardianship petition was in motion. In response to our November 9 letter, Your Honor ordered that "[t]he Clerk of Court is directed to place this case on the Court's Suspense Docket pending the defendant's guardianship proceeding referred to in [the November 9] letter." To our knowledge, Mr. Jackson's petition for guardianship in the Queens County Surrogate's Court is still pending.

As we stated in our November 9 letter, all other defendants originally party to this action have provided US Life with the appropriate guardianship documentation such that US Life has been able to safely attend to its payment obligation(s) and dismiss them from this action. Mr. Jackson's *pro se* status notwithstanding, we remain hopeful that he will do the same, thereby precluding the need for further litigation before this Court. Without waiving our right to move for default against the Jackson defendants at a later date, we therefore wish to allow Mr. Jackson's guardianship proceeding to run its course.

1839224.1

Honorable Victor Marrero
United States District Judge

September 24, 2007
Page 2

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Matthew D. Donovan

Request GRANTED. The Clerk of Court
is directed to maintain this action
on the Court's Suspense Docket for
an additional 90 days. Plaintiff
is directed to submit an updated
status report within 90 days of this
**SO ORDERED.** Order

**DATE** 12-19-07

**VICTOR MARRERO, U.S.D.J.**