MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE UNITED STATES LIFE INSURANCE COMPANY :
IN THE CITY OF NEW YORK,

       Plaintiff,

  -against-

LEO WILSON; VICTORIA WILSON, a minor; NATHAN
SMITH; NATHAN JIMMIE SMITH, a minor; DERRICK
JACKSON; ASHLEY JACKSON, a minor,

       Defendants.
------------------------------------------------------------x

06 Civ. 7603 (VM)

**NOTICE OF DISMISSAL**

The undersigned hereby stipulates that the action on behalf of The United States Life Insurance Company of the City of New York against Derrick Jackson and Ashley Jackson, a minor, is dismissed under Rule 41(a)(1)(i).

Dated:   White Plains, New York
          April 16, 2008

                         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                         By: _____
                             Matthew D. Donovan
                             *Attorneys for United States Life Insurance*
                             *Company in the City of New York*
                             3 Gannett Drive
                             White Plains, New York 10604
                             (914) 323-7000

So Ordered: 16 April 2008
The Clerk of Court is directed to withdraw any pending motion and to close this case.

_____
Marrero, J., U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08

1956420.1